## United States District Court
### for the
### Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Dobbs                               Case Number: 5:13CR00077-001

Name of Sentencing Judicial Officer:   Honorable Charles A. Pannell, Jr., U.S. District Judge
                                        Northern District of Georgia

Name of Transferred Judicial Officer:   Honorable Norman A. Mordue, Senior U.S. District Judge

Date of Original Sentence:   August 31, 2011
Violation:                   May 1, 2015

Original Offense:    Arson   18 U.S.C. § 844(i)
Violation Offense:   Failure to Submit Monthly Reports, Associating with Felon, Failure to Notify Probation of Police Contact, Failure to Pay Restitution

Original Sentence:    24 Months Imprisonment, 3 Years Supervised Release
Violation Sentence:   Time Served(1 Day), 18 Months Supervised Release

Type of Supervision:   Supervised Release      Date Supervision Commenced:   May 1, 2015

Asst. U.S. Attorney:   Richard Southwick       Defense Attorney: James Greenwald

---

### PETITIONING THE COURT

[ X ]  To issue a warrant
[   ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **General Condition #1: The defendant shall not violate any federal, state or local laws.** On May 30, 2015, the defendant was charged with Uninspected Motor Vehicle(Infraction), No Side View Mirror(Infraction), No Seatbelt(Infraction) and Inadequate Muffler(Infraction). This information is based on reports from Utica Criminal Court and the New York State Police. (Grade C Violation) |
| 2 | **General Condition #1: The defendant shall not violate any federal, state or local laws.** On September 2, 2015, the defendant was charged with Aggravated Unlicensed Operation 3rd Degree(Misdemeanor) and Uninspected Motor Vehicle(Infraction). This information is based on Town of Frankfort Police Reports. (Grade C Violation) |
| 3 | **General Condition #1: The defendant shall not violate any federal, state or local laws.** On September 23, 2015, the defendant was charged with Aggravated Unlicensed Operation 3rd Degree(Misdemeanor) and Uninspected Motor Vehicle(Infraction). This information is based on Town of Frankfort Police Reports. (Grade C Violation) |

Name of Offender: Brandon Dobbs                 Case Number: 5:13CR00077-001

| | |
|---|---|
| 4 | **General Condition #1: The defendant shall not violate any federal, state or local laws.** On October 17, 2015, the defendant was charged with Aggravated Unlicensed Operation 3rd Degree(Misdemeanor), Unlicensed Operator(nfraction) and Inadequate Lights(Infraction). This information is based on City of Utica Police Reports. (Grade C Violation) |
| 5 | **Standard Condition #9: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony.** Information was received from the City of Utica Police Department, that on October 17, 2015, during a traffic stop, the defendant was identified as the driver of a vehicle wherein the passenger was a known felon. This information is based on personal knowledge of the Probation Officer and police reports. (Grade C Violation) |
| 6 | **Standard Condition #11: The defendant shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer.** The defendant failed to report police contact stemming from a traffic stop conducted by the New York State Police on May 30, 2015. This information is based on the personal knowledge of the Probation Officer. (Grade C Violation) |
| 7 | **Standard Condition #11: The defendant shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer.** The defendant failed to report police contact in a timely manner, stemming from a traffic stop conducted by the Town of Frankfort Police on September 23, 2015. The defendant waited six days from the day of the incident to report it to his Probation Officer. This information is based on the personal knowledge of the Probation Officer. (Grade C Violation) |
| 8 | **Modified Condition 9/2/14 Restitution Order: Restitution is to be paid in monthly payments of $50 or 10% of the defendant's gross income, whichever is greater.** The defendant has failed to make his required monthly restitution payments in full. At the time of this report, the defendant is in default in the sum of $22.49. This information is based on the personal knowledge of the Probation Officer and Court financial records. (Grade C Violation) |

U.S. Probation Officer Recommendation:
    The term of supervision should be:
        [X]    Revoked
        [ ]    Extended
[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     October 27, 2015

Approved by:

by:

*Lori Albright* (signature)
Lori Albright
Supervising U.S. Probation Officer

*Michael Christopher* (signature)
Michael Christopher
US Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Summons
[ ] Other
[✓] The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

*Norman A. Mordue* (signature)
Signature of Judicial Officer

*October 27, 2015*
Date